UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
PETER CREHAN, on behalf of himself and
similarly situated individuals,

                Plaintiff,

        -against-

GARRYMORE RESTARUANT d/b/a Niles, and
CORNELIUS O'REILLY,

                Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2022

1:21-cv-11013 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court scheduled an initial pre-trial conference in this matter for April 6, 2022 at 2:00pm. [ECF No 12]. The Court directed the parties to submit, one week before the conference, a Proposed Case Management Plan and Scheduling Order and joint letter, as required by this Court's Individual Rules of Practice. *Id.* To date, the parties have not submitted a proposed order and joint letter.

Accordingly, IT IS HEREBY ORDERED that the parties shall file the Proposed Case Management Plan and Scheduling Order and joint letter by 5:00pm on April 1, 2022. **Failure to comply with the Court's Orders may result in sanctions, including dismissal.**

**SO ORDERED.**

**Date: March 31, 2022**
**New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**