UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER CREHAN, on behalf of himself and similarly situated individuals

                Plaintiff,

-against-

GARRYMORE RESTAURANT INC. D/B/A NILES and CORNELIUS O'REILLY,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2022
```

1:21-cv-11013-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      On April 6, 2022, the Court scheduled a post-discovery conference in this matter for August 10, 2022. [ECF No. 17]. The Court directed the parties to submit, one week before the conference, a joint letter regarding the status of the case. [ECF No. 17 at 4]. On July 21, 2022, the Court entered an order adjourning the conference to August 17, 2022 at 10:30am. [ECF No. 21]. That Order "respectfully [] reminded" the Parties "to provide the Court with the pre-trial materials described in ECF No. 17 one week prior to the conference, and to comply with the Court's Individual Rules." *Id.* To date the Parties have not submitted their pre-conference materials.

      Accordingly, it is HEREBY ORDERED that the conference scheduled for August 17, 2022 is adjourned to August 31, 2022 at 2:30pm.

      IT IS FURTHER ORDERED that the Parties shall file the pre-conference materials referenced in ECF No. 17 by August 19, 2022 at 3:00pm.

      **<u>FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS INCLUDING THE PRECLUSION OF EVIDENCE OR DISMISSAL FOR FAILURE TO PROSECUTE.</u>**

**SO ORDERED.**

Date:  **August 15, 2022**
       **New York, NY**

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**