

90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

Douglas E. Rowe
Partner
Direct Dial 516.296.7102
drowe@certilmanbalin.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: __9/19/2022__

September 14, 2022

**VIA ECF**

Honorable Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St., Courtroom 19C
New York, NY 10007

> RE:   *Peter Crehan v. Garrymore Restaurant Inc., d/b/a Niles et al.,*
>         **Case No.: 21-CV-11013(MKV)**

Dear Hon. Vyskocil:

This firm represents the Defendants Garrymore Restaurant Inc. and Cornelius O'Reilly (collectively hereinafter referred to as "Defendants"), in connection with the above referenced matter.

We are respectfully requesting an extension of time to file a joint letter to enable the Court to evaluate whether the settlement is fair and reasonable, currently due on September 16, 2022, to October 7, 2022. The parties are currently engaged in finalizing the settlement agreement.

Counsel for Plaintiff consents to this extension.

Thank you for your courtesies.

Respectfully submitted,

Douglas E. Rowe

cc: All counsel (via ECF)

**Granted. SO ORDERED.**

Date: __9/19/2022__
New York, New York

Mary Kay Vyskocil
United States District Judge