

**CERTILMAN BALIN**
ATTORNEYS

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

DOUGLAS E. ROWE
PARTNER
DIRECT DIAL 516.296.7102
drowe@certilmanbalin.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2022
```

October 6, 2022

**VIA ECF**

Honorable Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St., Courtroom 19C
New York, NY 10007

      RE:   *Peter Crehan v. Garrymore Restaurant Inc., d/b/a Niles et al.,*
              Case No.: 21-CV-11013(MKV)

Dear Hon. Vyskocil:

      This firm represents the Defendants Garrymore Restaurant Inc. and Cornelius O'Reilly (collectively hereinafter referred to as "Defendants"), in connection with the above referenced matter. We write with the consent of Plaintiff's Counsel to respectfully request a brief two (2) week extension of time for the parties to file a joint letter to enable the Court to evaluate whether the settlement is fair and reasonable. The current deadline for the joint letter is October 7, 2022. This is the parties second request for an extension of this deadline. The parties have been working to negotiate the formal written settlement agreement but require additional time to finalize the terms and circulate the written settlement agreement for execution. We therefore respectfully request to extend the deadline to October 21, 2022.

      The parties jointly thank the Court in advance for its attention to this matter.

Respectfully submitted,

*Douglas E. Rowe*
Douglas E. Rowe

**Granted. SO ORDERED.**

Date: 10/6/2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

7850630.1