USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER CREHAN, *on behalf of himself and similarly situated individuals*,

Plaintiff,

-against-

GARRYMORE RESTAURANT INC. d/b/a NILES, and
CORNELIUS O'REILLY,

Defendants.

1:21-cv-11013-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Parties have informed the Court that they have reached an agreement to settle this case [ECF No. 30] and have filed copies of the proposed settlement agreement and documentation supporting the fairness of the settlement.  [ECF Nos. 30-1-4].  The Court has reviewed these documents for fairness in accordance with the Fair Labor Standards Act and Second Circuit law.  *See Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). Considering the totality of the circumstances, the Court finds that the settlement is fair and reasonable and is the product of arm's length negotiations by parties represented by experienced counsel.  It should be noted, however, that the Court is not in this endorsement opining specifically on the reasonableness of the rates charged by the attorney representing Plaintiff.

Accordingly, the settlement is approved, and the Court ORDERS that the case be dismissed with prejudice.  The Clerk of Court is respectfully requested to terminate all pending motions, adjourn any remaining dates, and close this case.

**SO ORDERED.**

**Date:  October 26, 2022**
**New York, NY**

*Mary Kay Vyskocil*

**MARY KAY VYSKOCIL**
**United States District Judge**